IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:24-cv-00256-WFJ-NHA

HIGHWAY & HEAVY PARTS, LLC,

    Plaintiff,

v.

ATL DIESEL, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Highway & Heavy Parts, LLC ("Plaintiff") and defendant ATL Diesel, Inc. ("Defendant") (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit.  The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

    Respectfully submitted on July 16, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC | HEITNER LEGAL, P.L.L.C. |
| 3111 N. University Drive | 215 Hendricks Isle |
| Suite 301 | Fort Lauderdale, FL 33301 |
| Coral Springs, FL 33065 | Telephone: 954-558-6999 |

| | |
|---|---|
| Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorneys for Plaintiff*<br><br>By: /s/ Daniel DeSouza<br>       Daniel DeSouza, Esq. | Darren@HeitnerLegal.com<br><br>*Attorneys for Defendant*<br><br>By: /s/ Darren A. Heitner<br>       Darren A. Heitner, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                                        By: /s/ Daniel DeSouza
                                              Daniel DeSouza, Esq.